IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01935-RPM

ROY M. ALEXANDER,

        Petitioner,

v.

UNITED STATES PAROLE COMMISSION,

        Respondent.
_____

ORDER FOR STAY PENDING APPEAL
_____

      On August 7, 2006, the United States Parole Commission filed a motion for stay of proceedings to enforce this Court's judgment of June 12, 2006, pending appeal. A notice of appeal was filed August 11, 2006. The petitioner has objected to the motion for stay. The judgment requires the Parole Commission to proceed with the development of an appropriate pre-release program to be followed by the Bureau of Prisons to assist the petitioner, Roy M. Alexander, in making the transition from his institutional confinement to prepare him for a conditional release to which he is entitled under the Youth Corrections Act. While this Court disagrees with the respondent that the Court's judgment interferes with the Parole Commission's statutory authority because this Court has found that the Parole Commission has acted in violation of the requirements of the Youth Corrections Act, the issue may be debatable. Given the history of this case, it is unlikely that the Parole Commission will develop a realistic

plan for conditional release while the appeal is pending.  Therefore, it will be in the interest of the petitioner as well as the respondent to await a final determination of the legal question presented before proceeding as the Court directed.  It is therefore

ORDERED that compliance with the judgment is stayed pending final determination of the respondent's appeal.

DATED: August 22nd , 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge