IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01935-RPM

ROY M. ALEXANDER,

       Petitioner,

v.

UNITED STATES PAROLE COMMISSION,

       Respondent.
_____

## ORDER AMENDING JUDGMENT
_____

       Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit and the opinion of that court entered January 29, 2008, it is

       ORDERED that the Judgment entered in this court on June 12, 2006, is modified to provide that the United States Parole Commission shall proceed with the development of an appropriate pre-release program for Roy M. Alexander to be followed by the Bureau of Prisons, but is not required to set a pre-release date.

       DATED: March 28th, 2008.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge