IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01935-RPM

ROY M. ALEXANDER,

       Petitioner,

v.

UNITED STATES PAROLE COMMISSION,

       Respondent.

_____

ORDER TO RESPOND
_____

Upon examining the renewed petition for writ of habeas corpus [38], filed on April 20, 2010, and exercising the continuing jurisdiction of this court for the class of persons sentenced under the Federal Youth Corrections Act, 18 U.S.C. § 5010, of which the petitioner is a member, *Watts v. Hadden,* 651 F.2d 1354 (10th Cir. 1981), it is

ORDERED that the respondent shall file a response to the petition on or before May 21, 2010.

DATED: April 23rd, 2010.

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge