IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01935-RPM

ROY M. ALEXANDER,

    Petitioner,

v.

UNITED STATES PAROLE COMMISSION,

    Respondent.

_____

ORDER TO SUPPLEMENT RECORD
_____

    At the hearing held on October 1, 2010 the Court took under advisement the Petitioner's Renewed Petition for Habeas Corpus. Because the arguments by Respondent's counsel appeared to be based on a misapprehension of this Court's continuing jurisdiction under <u>Watts v. Hadden</u>, 651 F.2nd. 1354 (10th Cir. 1981) to enforce requirements of the Youth Corrections Act for sentences imposed under 18 U.S.C. § 5010(c) and the previous orders of this Court and the Tenth Circuit Court of Appeals concerning Roy M. Alexander, the Court indicated that a written opinion reviewing the full record in this case was required.

    On October 14, 2010, counsel for the Petitioner filed a Report to the Court, summarizing a hearing held before Hearing Examiner Howard at F.C.I. Sheridan, Oregon on October 13, 2010. Because it appears from the Report that a full reconsideration of Mr. Alexander's case will be made by the Parole Commission and that the resulting decision will be subject to judicial review by this Court in this case, it is

    ORDERED, that the Respondent shall supplement the record by filing with this Court the

Hearing Examiner's decision, the Notice of Action by the Parole Commission and all relevant documents, including a transcript of the October 13, 2010 hearing when the Commission has made a decision.

DATED: October 15th , 2010.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge