IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01935-RPM

ROY M. ALEXANDER,

      Petitioner,

v.

UNITED STATES PAROLE COMMISSION,

      Respondent.
_____

ORDER TO REPLY TO PETITIONER'S RESPONSE TO NOVEMBER 18, 2010, NOTICE OF
ACTION
_____

On November 24, 2010, the petitioner filed his response to the Parole Commission's Notice

of Action dated November 18, 2010.  On November 30, 2010, the Parole Commission filed a

response asserting that the petitioner must first exhaust administrative remedies.  The Parole

Commission fails to recognize this Court's continuing jurisdiction of this matter under the Youth

Corrections Act and *Watts v. Hadden* and the procedural posture of this case.  An administrative

appeal is not required to consider the merits of the petitioner's challenge to the Notice of Action as

being contrary to the requirements of the Youth Corrections Act.  *Watts v. Hadden*, 469 F. Supp.

223 (D.Colo. 1979), *Watts v. Hadden*, 489 F. Supp. 987, 989 (D.Colo. 1979) *affirmed by Watts v.*

*Hadden, 651 F.2d 1354 (1981).*  It is therefore

ORDERED that the United States Parole Commission shall respond on the merit to the

petitioner's response on or before January 20, 2011.

DATED: December 3rd, 2010.

                       BY THE COURT:

                       s/Richard P. Matsch

                       _____

                       Richard P. Matsch, Senior District Judge