IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01935-RPM

ROY M. ALEXANDER,

    Petitioner,

v.

UNITED STATES PAROLE COMMISSION,

    Respondent.
_____

ORDER GRANTING MOTION TO FILE SURREPLY AND STATUS UPDATE
_____

    Upon review of the Motion for Leave to File Surreply and Status Update in Preparation for Hearing on Renewed Petition for Habeas Corpus [76] filed March 14, 2011, it is

    ORDERED that the motion is granted and Respondent's Surreply and Status Update attached thereto is accepted for filing.

    DATED: March 15, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge