IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01935-RPM

ROY M. ALEXANDER,

     Petitioner,

v.

UNITED STATES PAROLE COMMISSION,

     Respondent.

_____

ORDER FOR LIMITED STAY
_____

On August 11, 2011, the respondent filed a Motion for Stay of Proceedings to Enforce a Judgment Pursuant to Fed.R.Civ.P. 62, addressing this Court's Memorandum Opinion and Order entered May 16, 2011, ordering the Parole Commission to set a presumptive date for conditional release of Roy Alexander and set the conditions for supervision within 90 days from the date of the order.  The respondent filed a notice of appeal on July 13, 2011.  On July 29, 2011, the respondent filed a motion for an extension of 30 days to comply with the order granting habeas corpus relief on the ground that the notice of appeal was filed as a protective notice because the Solicitor General had not yet decided to authorize proceeding with the appeal.  This Court denied that order for lack of jurisdiction to modify an order after the filing of a notice of appeal.  The present motion asks for a stay which is authorized by Fed.R.Civ.P. 62.  It is not clear whether the respondent will proceed with the appeal and under these circumstances the Court will limit the stay to 30 days given the history of the Parole Commission's treatment of Roy Alexander and this Court's view that an appeal is frivolous and without merit.  Accordingly, it is

ORDERED that this Court's order of May 16, 2011, is stayed until September 13, 2011.

DATED:   August 12th, 2011

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge